Stacey W. BRACKENS, Plaintiff–
Appellant,

v.

Gloria Brackens LEONARD; Georgia Mae Brackens McGolthen; Tommy Ray Brackens; David Lebaron, Defendants–Appellees.

No. 06–30861

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 9, 2007.

Stacey W. Brackens, Round Rock, TX, for Plaintiff–Appellant.

Pesnell Law Firm, Shreveport, LA, Billy R. Pesnell, David Lebaron, for Defendants–Appellees.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Before JONES, Chief Judge, and JOLLY and OWEN, Circuit Judges.

PER CURIAM: *

In this case, brought in federal court based on diversity of citizenship, the district court correctly held that Plaintiff Stacey Brackens did not allege an amount in controversy exceeding $75,000, as required by 28 U.S.C. § 1332(a). The district court's order dismissing the case for lack of subject matter jurisdiction is therefore **AFFIRMED.**

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.